**RESNICK & LOUIS, P.C.**
Emily K. Dotson, Esq., AZ Bar #029510
8111 E. Indian Bend Road
Scottsdale, Arizona 85250
edotson@rlattorneys.com
Telephone: (602) 456-5108
Fax: (602) 848-6076
*Attorneys for Defendant Starr Indemnity & Liability Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Pulte Home Company, LLC, a Michigan limited liability company; and Pulte Development Corporation, a Michigan corporation, and Pulte Home Corporation, a Michigan corporation, | CASE NO.: 2:25-cv-01392-DLR |
| | **DEFENDANT STARR INDEMNITY & LIABILITY COMPANY'S ANSWER TO PLAINTIFFS' COMPLAINT** |
| Plaintiffs, | |
| v. | (Assigned to the Hon. Senior Judge Douglas L. Rayes) |
| Midwest Family Mutual Insurance Company, an Iowa corporation; Peleus Insurance Company, a Virginia corporation; Clear Blue Specialty Insurance Company, a Texas corporation; James River Insurance Company, an Ohio corporation; Knight Specialty Insurance Company, a Delaware corporation; Pennsylvania Lumbermens Mutual Insurance Company, a Pennsylvania corporation; Starr Indemnity & Liability Company, a Texas corporation; United Specialty Insurance Company, a Delaware corporation; Wesco Insurance Company, a Delaware corporation; Cincinnati Specialty Underwriters Insurance Company, a Delaware corporation; Obsidian Specialty .Insurance Company, a Delaware corporation; Scottsdale Indemnity Company, an Ohio corporation; Hanover | |

American Insurance Company, a New
Hampshire corporation; Allied World
Assurance Company S) Inc., a Delaware
corporation; National Union Fire Insurance
Pennsylvania corporation; AMCO
Insurance Company, an Iowa corporation;
Travelers Property Casualty Company of
America, a Connecticut corporation;
Federated Mutual Insurance Company, a
Minnesota corporation; Endurance
American Insurance Company, a Delaware
corporation; Liberty Mutual Fire Insurance
Company, a Wisconsin corporation;
Westfield Insurance Company, an Ohio
corporation; Valley Forge Insurance
Company, a Pennsylvania corporation; and
The Charter Oak Fire Insurance Company,
a Connecticut corporation;

Defendants.

NOW COMES Defendant, STARR INDEMNITY & LIABILITY COMPANY (hereinafter "Defendant" or "Starr"), through undersigned counsel, and for its Answer to Plaintiffs Pulte Home Company, LLC and Pulte Development Corporation's (hereinafter referred to as "Plaintiffs" or "Pulte") Complaint, hereby submits as follows:

**PARTIES**

1.  Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 1 of the Complaint and therefore, denies the same.

2.  Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 2 of the Complaint and therefore, denies the same.

3.  Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 3 of the Complaint and therefore, denies the same.

4.  Admitted.

5.  Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 5 of the Complaint and therefore, denies the same.

6. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 6 of the Complaint and therefore, denies the same.

7. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 7 of the Complaint and therefore, denies the same.

8. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 8 of the Complaint and therefore, denies the same.

9. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 9 of the Complaint and therefore, denies the same.

10. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 10 of the Complaint and therefore, denies the same.

11. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 11 of the Complaint and therefore, denies the same.

12. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 12 of the Complaint and therefore, denies the same.

13. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 13 of the Complaint and therefore, denies the same.

14. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 14 of the Complaint and therefore, denies the same.

15. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 15 of the Complaint and therefore, denies the same.

16. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 16 of the Complaint and therefore, denies the same.

17. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 17 of the Complaint and therefore, denies the same.

18. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 18 of the Complaint and therefore, denies the same.

19. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 19 of the Complaint and therefore, denies the same.

20. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 20 of the Complaint and therefore, denies the same.

21. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 21 of the Complaint and therefore, denies the same.

22. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 22 of the Complaint and therefore, denies the same.

23. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 23 of the Complaint and therefore, denies the same.

24. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 24 of the Complaint and therefore, denies the same.

25. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 25 of the Complaint and therefore, denies the same.

26. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 26 of the Complaint and therefore, denies the same.

## JURISDICTION & VENUE

27. Paragraph 27 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 27 is interpreted to state factual allegations against Starr, they are denied.

28. Paragraph 28 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 28 is interpreted to state factual allegations against Starr, they are denied.

## GENERAL ALLEGATIONS

**The Anthem at Merrill Ranch Project**

29. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 29 of the Complaint and therefore, denies the same.

30. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 30 of the Complaint and therefore, denies the same.

31. Starr does not have sufficient information to admit or deny the allegations contained

4

in Paragraph 31 of the Complaint and therefore, denies the same.

32. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 32 of the Complaint and therefore, denies the same.

33. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 33 of the Complaint and therefore, denies the same.

34. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 34 of the Complaint and therefore, denies the same.

35. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 35 of the Complaint and therefore, denies the same.

36. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 36 of the Complaint and therefore, denies the same.

37. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 37 of the Complaint and therefore, denies the same.

38. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 38 of the Complaint and therefore, denies the same.

39. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 39 of the Complaint and therefore, denies the same.

40. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 40 of the Complaint and therefore, denies the same.

41. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 41 of the Complaint and therefore, denies the same.

42. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 42 of the Complaint and therefore, denies the same.

43. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 43 of the Complaint and therefore, denies the same.

44. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 44 of the Complaint and therefore, denies the same.

45. Starr does not have sufficient information to admit or deny the allegations contained

in Paragraph 45 of the Complaint and therefore, denies the same.

46. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 46 of the Complaint and therefore, denies the same.

47. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 47 of the Complaint and therefore, denies the same.

48. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 48 of the Complaint and therefore, denies the same.

49. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 49 of the Complaint and therefore, denies the same.

50. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 50 of the Complaint and therefore, denies the same.

51. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 51 of the Complaint and therefore, denies the same.

52. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 52 of the Complaint and therefore, denies the same.

53. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 53 of the Complaint and therefore, denies the same.

**The Peleus Policies**

54. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 54 of the Complaint and therefore, denies the same.

55. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 55 of the Complaint and therefore, denies the same.

56. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 56 of the Complaint and therefore, denies the same.

57. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 57 of the Complaint and therefore, denies the same.

58. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 58 of the Complaint and therefore, denies the same.

**The Clear Blue Policies**

59. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 59 of the Complaint and therefore, denies the same.

60. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 60 of the Complaint and therefore, denies the same.

61. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 61 of the Complaint and therefore, denies the same.

62. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 62 of the Complaint and therefore, denies the same.

63. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 63 of the Complaint and therefore, denies the same.

**The James River Policies**

64. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 64 of the Complaint and therefore, denies the same.

65. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 65 of the Complaint and therefore, denies the same.

66. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 66 of the Complaint and therefore, denies the same.

67. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 67 of the Complaint and therefore, denies the same.

68. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 68 of the Complaint and therefore, denies the same.

**The KSIC Policies**

69. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 69 of the Complaint and therefore, denies the same.

70. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 70 of the Complaint and therefore, denies the same.

71. Starr does not have sufficient information to admit or deny the allegations contained

in Paragraph 71 of the Complaint and therefore, denies the same.

72. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 72 of the Complaint and therefore, denies the same.

73. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 73 of the Complaint and therefore, denies the same.

**The Pennsylvania Lumbermens Policies**

74. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 74 of the Complaint and therefore, denies the same.

75. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 75 of the Complaint and therefore, denies the same.

76. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 76 of the Complaint and therefore, denies the same.

77. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 77 of the Complaint and therefore, denies the same.

78. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 78 of the Complaint and therefore, denies the same.

**The Starr Policies**

79. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 79 of the Complaint and therefore, denies the same.

80. Starr affirmatively states that the documents referenced in Paragraph 80 speak for themselves and are the best evidence thereof. Starr denies any allegations inconsistent with the referenced documents.

81. Starr affirmatively states that the documents referenced in Paragraph 81 speak for themselves and are the best evidence thereof. Starr denies any allegations inconsistent with the referenced documents.

82. Starr admits only that it issued the referenced policy to Heritage. Starr affirmatively denies that Pulte qualifies as an Additional Insured under the referenced policy and further denies it owes Pulte any duty of care arising out of the referenced policies or

under applicable law.

83. Paragraph 83 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 83 is interpreted to state factual allegations against Starr, they are denied.

**The USIC Policies**

84. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 84 of the Complaint and therefore, denies the same.

85. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 85 of the Complaint and therefore, denies the same.

86. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 86 of the Complaint and therefore, denies the same.

87. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 87 of the Complaint and therefore, denies the same.

88. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 88 of the Complaint and therefore, denies the same.

**The Wesco Policies**

89. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 89 of the Complaint and therefore, denies the same.

90. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 90 of the Complaint and therefore, denies the same.

91. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 91 of the Complaint and therefore, denies the same.

92. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 92 of the Complaint and therefore, denies the same.

93. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 93 of the Complaint and therefore, denies the same.

**The CSU Policies**

94. Starr does not have sufficient information to admit or deny the allegations contained

in Paragraph 94 of the Complaint and therefore, denies the same.

95. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 95 of the Complaint and therefore, denies the same.

96. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 96 of the Complaint and therefore, denies the same.

97. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 97 of the Complaint and therefore, denies the same.

98. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 98 of the Complaint and therefore, denies the same.

**The Obsidian Policies**

99. Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 99 of the Complaint and therefore, denies the same.

100.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 100 of the Complaint and therefore, denies the same.

101.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 101 of the Complaint and therefore, denies the same

102.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 102 of the Complaint and therefore, denies the same.

103.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 103 of the Complaint and therefore, denies the same.

**The Scottsdale Policies**

104.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 104 of the Complaint and therefore, denies the same.

105.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 105 of the Complaint and therefore, denies the same.

106.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 106 of the Complaint and therefore, denies the same.

107.    Starr does not have sufficient information to admit or deny the allegations

contained in Paragraph 107 of the Complaint and therefore, denies the same.

108.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 108 of the Complaint and therefore, denies the same.

**The Hanover Policies**

109.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 109 of the Complaint and therefore, denies the same.

110.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 110 of the Complaint and therefore, denies the same.

111.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 111 of the Complaint and therefore, denies the same.

112.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 112 of the Complaint and therefore, denies the same.

113.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 113 of the Complaint and therefore, denies the same.

**The Midwest Family Policies**

114.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 114 of the Complaint and therefore, denies the same.

115.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 115 of the Complaint and therefore, denies the same.

116.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 116 of the Complaint and therefore, denies the same.

117.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 117 of the Complaint and therefore, denies the same.

118.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 118 of the Complaint and therefore, denies the same.

**The Allied Policies**

119.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 119 of the Complaint and therefore, denies the same.

120.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 120 of the Complaint and therefore, denies the same.

121.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 121 of the Complaint and therefore, denies the same.

122.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 122 of the Complaint and therefore, denies the same.

123.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 123 of the Complaint and therefore, denies the same.

**The National Union Policies**

124.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 124 of the Complaint and therefore, denies the same.

125.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 125 of the Complaint and therefore, denies the same.

126.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 126 of the Complaint and therefore, denies the same.

127.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 127 of the Complaint and therefore, denies the same.

128.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 128 of the Complaint and therefore, denies the same.

**The AMCO Policies**

129.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 129 of the Complaint and therefore, denies the same.

130.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 130 of the Complaint and therefore, denies the same.

131.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 131 of the Complaint and therefore, denies the same.

132.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 132 of the Complaint and therefore, denies the same.

12

133.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 133 of the Complaint and therefore, denies the same.

**The Travelers Policies**

134.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 134 of the Complaint and therefore, denies the same.

135.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 135 of the Complaint and therefore, denies the same.

136.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 136 of the Complaint and therefore, denies the same.

137.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 137 of the Complaint and therefore, denies the same.

138.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 138 of the Complaint and therefore, denies the same.

**The Federated Policies**

139.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 139 of the Complaint and therefore, denies the same.

140.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 140 of the Complaint and therefore, denies the same.

141.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 141 of the Complaint and therefore, denies the same.

142.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 142 of the Complaint and therefore, denies the same.

143.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 143 of the Complaint and therefore, denies the same.

**The Endurance Policies**

144.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 144 of the Complaint and therefore, denies the same.

145.    Starr does not have sufficient information to admit or deny the allegations

contained in Paragraph 145 of the Complaint and therefore, denies the same.

146.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 146 of the Complaint and therefore, denies the same.

147.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 147 of the Complaint and therefore, denies the same.

148.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 148 of the Complaint and therefore, denies the same.

**The Liberty Mutual Policies**

149.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 149 of the Complaint and therefore, denies the same.

150.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 150 of the Complaint and therefore, denies the same.

151.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 151 of the Complaint and therefore, denies the same.

152.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 152 of the Complaint and therefore, denies the same.

153.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 153 of the Complaint and therefore, denies the same.

**The Westfield Policies**

154.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 154 of the Complaint and therefore, denies the same.

155.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 155 of the Complaint and therefore, denies the same.

156.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 156 of the Complaint and therefore, denies the same.

157.     Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 157 of the Complaint and therefore, denies the same.

158.     Starr does not have sufficient information to admit or deny the allegations

14

contained in Paragraph 158 of the Complaint and therefore, denies the same.

The Valley Forge Policies

159.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 159 of the Complaint and therefore, denies the same.

160.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 160 of the Complaint and therefore, denies the same.

161.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 161 of the Complaint and therefore, denies the same.

162.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 162 of the Complaint and therefore, denies the same.

163.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 163 of the Complaint and therefore, denies the same.

**The Charter Oak Policies**

164.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 164 of the Complaint and therefore, denies the same.

165.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 165 of the Complaint and therefore, denies the same.

166.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 166 of the Complaint and therefore, denies the same.

167.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 167 of the Complaint and therefore, denies the same.

168.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 168 of the Complaint and therefore, denies the same.

**The *Masi* Claims**

169.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 169 of the Complaint and therefore, denies the same.

170.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 170 of the Complaint and therefore, denies the same.

171.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 171 of the Complaint and therefore, denies the same.

172.    Starr denies the allegations in Paragraph 172 as to Starr only. Starr does not have sufficient information to admit or deny the remaining allegations contained in Paragraph 172 of the Complaint as they relate to other Defendants and therefore takes no position regarding same.

173.    Paragraph 173 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 173 is interpreted to state factual allegations against Starr, they are denied.

174.    Starr admits Pulte tendered defense and indemnity of the *Doell* claim to Starr. Starr is without information or knowledge to form a belief as to whether Pulte tendered defense and indemnity of the *Doell* claim to the other Defendants.

175.    The allegations in Paragraph 175 of the Complaint are not directed toward Defendant Starr. Therefore, no response is required. Insofar as Paragraph 175 is interpreted to state factual allegations against Starr, they are denied.

176.    Starr denies the allegations in Paragraph 176 as to Starr only. Starr does not have sufficient information to admit or deny the remaining allegations contained in Paragraph 176 of the Complaint as they relate to other Defendants and therefore takes no position regarding same.

177.    Paragraph 177 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 177 is interpreted to state factual allegations against Starr, they are denied.

178.    Paragraph 178 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 178 is interpreted to state factual allegations against Starr, they are denied.

179.    Paragraph 179 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 179 is interpreted to state factual allegations against Starr, they are denied.

180.    Starr denies the allegations in Paragraph 180 as to Starr only. Starr does not have sufficient information to admit or deny the remaining allegations contained in Paragraph 180 of the Complaint as they relate to other Defendants and therefore takes no position regarding same.

181.    Starr denies the allegations in Paragraph 181 as to Starr only. Starr does not have sufficient information to admit or deny the remaining allegations contained in Paragraph 181 of the Complaint as they relate to other Defendants and therefore takes no position regarding same.

182.    Starr affirmatively states that the documents referenced in Paragraph 182 speak for themselves and are the best evidence thereof. Starr denies any allegations inconsistent with the referenced documents.

183.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 183 of the Complaint and therefore, denies the same.

## FIRST CAUSE OF ACTION

### Declaratory Judgment

### (By Pulte Against All Defendants)

184.    Starr restates and incorporates by reference herein each of its responses to the preceding paragraphs.

185.    Starr affirmatively states that the documents referenced in Paragraph 185 speak for themselves and are the best evidence thereof. Starr denies any allegations inconsistent with the referenced documents.

186.    Paragraph 186 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 18 is interpreted to state allegations against Starr, they are denied. Starr affirmatively denies that Pulte qualifies as an Additional Insured under the referenced policy and further denies it owes Pulte any duty of care arising out of the referenced policies or under applicable law.

187.    Starr does not have sufficient information to admit or deny the allegations contained in Paragraph 187 of the Complaint and therefore, denies the same.

188.     Paragraph 188, including subparagraphs i, ii, and iii of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 188, including subparagraphs i, ii, and iii are interpreted to state factual allegations against Starr, they are denied. Starr further affirmatively states that the documents referenced in Paragraph 188, including subparagraphs i, ii, and iii speak for themselves and are the best evidence thereof.

189.     Paragraph 189 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 189 is interpreted to state allegations against Starr, they are denied.

## SECOND CAUSE OF ACTION

### Breach of Contract - Duty to Defend

#### (By Pulte Against All Defendants)

190.     Starr restates and incorporates by reference herein each of its responses to the preceding paragraphs.

191.     Paragraph 191 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 191 is interpreted to state allegations against Starr, they are denied.

192.     Paragraph 192 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 192 is interpreted to state allegations against Starr, they are denied.

193.     Paragraph 193 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 193 is interpreted to state allegations against Starr, they are denied.

## THIRD CAUSE OF ACTION

### Breach of Contract - Duty to Indemnify

#### (By Pulte Against All Defendants)

194.     Starr restates and incorporates by reference herein each of its responses to the preceding paragraphs.

195.     Paragraph 195 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 18 is interpreted to state allegations against Starr, they are denied. Starr further affirmatively states that the documents referenced in Paragraph 195 speak for themselves and are the best evidence thereof.

196.     Paragraph 196 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 196 is interpreted to state allegations against Starr, they are denied.

197.     Paragraph 197 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 197 is interpreted to state allegations against Starr, they are denied.

## FOURTH CAUSE OF ACTION

### Bad Faith

(By Pulte Against All Defendants)

198.     Starr restates and incorporates by reference herein each of its responses to the preceding paragraphs.

199.     Paragraph 199 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 199 is interpreted to state allegations against Starr, they are denied.

200.     Paragraph 200 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 200 is interpreted to state allegations against Starr, they are denied.

201.     Paragraph 201 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 201 is interpreted to state allegations against Starr, they are denied.

202.     Paragraph 202 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 202 is interpreted to state allegations against Starr, they are denied.

203.     Paragraph 203 of Plaintiffs' Complaint states conclusions of law for which no

response is required. Insofar as Paragraph 203 is interpreted to state allegations against Starr, they are denied.

204.    Paragraph 204 of Plaintiffs' Complaint states conclusions of law for which no response is required. Insofar as Paragraph 204 is interpreted to state allegations against Starr, they are denied.

## AFFIRMATIVE DEFENSES

A.    Plaintiffs' Complaint has failed to state a claim for which relief may be granted.

B.    Some or all of Plaintiffs' claims may be barred by the doctrines of estoppel, waiver, laches, and/or acquiescence.

C.    Starr has fully performed all contractual obligations and other duties, both express and implied, to its insureds and Pulte is estopped from asserting any cause of action against Starr.

D.    The damages, if any, claimed by Plaintiffs were caused by other parties and non-parties over which the Starr had no control or right of control.

E.    Plaintiffs' claims are barred because Plaintiffs failed to join necessary and/or indispensable parties.

F.    Following reasonable investigation, Starr has fully performed all of its obligations under the terms and conditions of the policies Starr issued and under applicable law, and at all times acted in good faith toward Pulte.

G.    Starr asserts that the Policies' insuring clauses have not been triggered.

H.    Starr's Policies contain coverage limits and other terms, conditions, limitations, exclusions, and definitions which preclude or limit coverage under each Policy. Each of these applicable provisions, terms, conditions, coverage limits, limitations, exclusions, and definitions are asserted as an affirmative defense as though fully set out herein.

I.    Starr pleads that it is Plaintiffs' burden to prove that their damages fall within the scope of the Starr Policies.

J.    Starr is entitled to any offsets or credits for any settlements or judgments paid or payable to Plaintiffs made in connection with the claims in the underlying litigation.

K.      Plaintiffs have failed to mitigate their damages.

L.      Starr reserves the right to amend and/or supplement this Answer as the case progresses.

M.      Plaintiffs' claims may be barred, in whole or in part, by the applicable statutes of limitation and/or applicable provisions in the Starr Policies.

N.      Plaintiffs' failure to provide Starr with prompt notice of its loss prejudiced Starr's ability to investigate the loss. Therefore, Plaintiffs are not entitled to coverage under the Policies due to their failure to comply with the Policy conditions regarding prompt notice of loss.

O.      Plaintiffs are not "Insureds" under the Starr Policies.

P.      Starr has exercised its option not to defend the Insured under the Self-Insured Retention ("SIR") endorsement under the pertinent Policies and therefore does not owe Pulte a duty of care.

Q.      Starr reserves the right to add such other affirmative defenses as may be appropriate based on information received during the course of discovery.

WHEREFORE, having fully answered Plaintiffs' Complaint, Starr prays as follows:

(A)     That Plaintiffs' Complaint be dismissed with prejudice;

(B)     That Plaintiffs takes nothing or that any recovery be reduced in an amount equivalent to Plaintiffs', other parties' and/or third-parties' comparative fault;

(C)     That Starr be awarded its lawful costs; and in response to Plaintiffs' request for attorneys' fees, attorneys' fees as may be recoverable under applicable law;

(D)     For such other and further relief as the court deems just and appropriate under the circumstances.


**DATED** this 2nd day of June, 2025.

**RESNICK & LOUIS, P.C.**

By:     */s/ Emily K. Dotson*
        Emily K. Dotson, Esq.

21

8111 E. Indian Bend Road
Scottsdale, Arizona 85250
*Attorneys for Defendant Starr Indemnity*
*& Liability Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2nd, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic system. Parties may access this filing through the Court's electronic system.

By:  */s/ Cheryl Scates*
    Cheryl Scates
    An Employee of Resnick & Louis, P.C.